UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENESAS ELECTRONICS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>GARTNER, INC. | MISCELLANEOUS CASE NO.:<br><br>1:25-mc-00399 |

**ORDER**

Having considered the Petition to Enforce Subpoenas (the "Motion") filed by Renesas Electronics Corporation,

IT IS ORDERED that the Motion is GRANTED IN PART in that the Motion is hereby transferred to the United States District Court for the Eastern District of Texas, to be ruled on by the same Court presiding over the underlying action, *Monterey Research, LLC, et al. v. Renesas Electronics Corp., et al.*, No. 2:24-cv-00238.

This ___23rd___ day of __September__, 2025

So ordered.
The Clerk of Court is directed to transfer this case to the Eastern District of Texas.

_____
J. PAUL OETKEN
United States District Judge

1